# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

HOWARD SCOTT ALLISON,      :   No. 47 WM 2023

              Petitioner     :

         v.              :

BLAIR COUNTY COURT OF COMMON   :
PLEAS,                       :

              Respondent     :

## ORDER

**PER CURIAM**

    **AND NOW**, this 22nd day of December, 2023, the Petition for Writ of Mandamus is DENIED.